IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IVORY JOE TISDALE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:06CV00359 |
| THEODIS BECK, | ) ) | |
| Respondent. | ) | |

## J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 20, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Petitioner seeking to amend his pending petition.

_____
United States District Judge

Date: June 9, 2006